SUZANNE V. PABST, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CHARLES R. SMITH, T/A PACESETTER HAIR STYLISTS, DEFENDANT-PETITIONER.

*Mr. Edward E. Kuebler* for the petitioner.

*Messrs. Leyden & Monaghan* for the respondents.

February 15, 1967. Denied.

VINCENT T. OLIVER, *ET AL.*, PETITIONERS-PETITIONERS, v. ALEXANDER E. LAWSON, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below: 92 *N. J. Super.* 331.

*Mr. Nicholas S. Schloeder* for the petitioners.

*Mr. Joseph V. Cullum* for the respondents.

February 15, 1967. Denied.

GERALD MARK WILLIAMS, *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOROUGH OF RED BANK, DEFENDANT-RESPONDENT.

*Mr. Charles B. Klitzman* and *Mr. Frank A. Pelliccia* for the petitioners.

*Messrs. Campbell, Mangini, Foley & Lee* and *Mr. Michael J. Cernigliaro* for the respondent.

February 15, 1967. Granted.